21-MJ-2834-MBB

**AFFIDAVIT OF SPECIAL AGENT CHRISTINA ROSEN IN SUPPORT OF
APPLICATION FOR A CRIMINAL COMPLAINT**

I, Christina Rosen, having been duly sworn, do hereby depose and state as follows:

**<u>Agent Background</u>**

1.      I am employed as a Special Agent with the United States Department of Labor, Office of Inspector General, Office of Investigations in Boston, Massachusetts. I have been employed by the United States government as a Special Agent since October 2007. I am a graduate of the Criminal Investigator Training Program of the Federal Law Enforcement Training Center in Glynco, Georgia, and have received extensive training in criminal investigation procedures and criminal law. In 2005, I graduated from Northeastern University with a Bachelor's degree in Criminal Justice. In 2006, I graduated from Boston University with a Master's degree in Criminal Justice. My responsibilities as a Special Agent with DOL-OIG-OI include investigating fraud, waste and abuse of Department of Labor programs, employees, and departments. During my tenure as a Special Agent, I have conducted investigations of several types of criminal activity including work visa fraud, unemployment insurance fraud, false claims fraud, employee benefits fraud, identity theft and money laundering. During the investigation of these cases, I have participated in the execution of search and arrest warrants and have seized evidence as evidence, fruit, or instrumentalities of violations of federal law.

2.      I am also a member of HSI's Document and Benefit Fraud Task Force ("DBFTF"), a specialized field investigative group comprised of personnel from various state, local, and federal agencies with expertise in detecting, deterring and disrupting organizations and individuals involved in various types of document, identity and benefit fraud schemes.  DBFTF is currently investigating suspected noncitizens, who are believed to have obtained stolen identities of United States citizens living in Puerto Rico.  Many of these individuals have used the stolen

identities to obtain public benefits, which they would not otherwise be eligible to receive,

including Massachusetts Registry of Motor Vehicles "(RMV") identity documents, Social

Security numbers, MassHealth benefits, public housing benefits, and unemployment benefits.

**Purpose of Affidavit**

3.      Along with other federal agents with the DBFTF, I am currently investigating

Wilson Radhames Peguero Brea ("PEGUERO") in connection with various suspected federal

criminal offenses, including but not limited to 8 U.S.C. § 1326 (Illegal Reentry), 18 U.S.C.

§§ 641 (Theft of Government Funds), 1028A (Aggravated Identity Theft), 1343 (Wire Fraud),

1344 (Bank Fraud) and 1546 (Fraud and Misuse of Immigration Documents), as well as 42 U.S.C.

§ 408(a)(7)(B) (Misuse of a Social Security Number).

4.       As set forth below, I have probable cause to believe that PEGUERO obtained

Pandemic Unemployment Assistance ("PUA") funds via fraudulent means.  This affidavit is

being submitted in support of a criminal complaint charging PEGUERO with violating 18 U.S.C.

1028A (Aggravated Identity Theft) and 1343 (wire fraud), and in support of an arrest warrant for

PEGUERO.

5.      This affidavit is based on my personal knowledge, information provided to me by

other law enforcement officers and federal agents, and my review of records described herein.

This affidavit is not intended to set forth all of the information that I have learned during this

investigation but includes only the information necessary to establish probable cause for the

requested complaint.

**Probable Cause**

**Peguero's Unlawful Status in the United States**

6.      A cedula is a national identification card issued by the government of the

Dominican Republic that includes biographical data such as the person's date of birth and a photograph. A search of the Dominican Republic cedula database located cedula No: xxx-xxxx251-3 in the name of Wilson Radhames PEGUERO Brea, with a Date of Birth ("DOB") xx/xx/1969. PEGUERO was born in Bani, Dominican Republic, and is a citizen of the Dominican Republic.

7.      In connection with the investigation, I have also reviewed PEGUERO's "Alien File" ("A-File"), which is maintained by United States Citizenship and Immigration Services ("USCIS"), and spoken with other law enforcement agents about PEGUERO's immigration history. I have determined that PEGUERO is currently unlawfully present in the United States, as outlined below. I have also determined that at different times while in the United States, PEGUERO has unlawfully used the identity of other individuals, including J.E.R.S.[1]

8.      I have reviewed records reflecting PEGUERO's presence in the United States as early as August 1991. According to the Social Security Administration ("SSA"), at some point, PEGUERO lawfully obtained the following Social Security Number ("SSN"): xxx-xx-7801.

9.      On June 12, 1997, PEGUERO, using the identity of J.P.A.[2], was convicted of trafficking cocaine. Subsequently, on December 11, 1998, an immigration judge ordered PEGUERO (under the identity of J.P.A.) to be removed from the United States. On or about February 23, 1999, a Warrant of Removal/Deportation was issued for PEGUERO. On March 9,

---

[1] The victim's name in this case is J.Edgardo.R.S. PEGUERO has repeatedly used this identity (the name and SSN), while using a different middle name (Enrique instead of Edgardo). PEGUERO has also used a slightly different DOB than the DOB of the true J.E.R.S. The DOB that PEGUERO has repeatedly listed (which is not PEGUERO's actual DOB) is two days apart from the actual DOB of the victim.
[2] Based on the fact that the defendant used this identity over twenty years ago, the undersigned has not investigated whether the name belongs to real person.

2005, PEGUERO was removed from the United States under the identity of J.P.A.

10.     At some point, PEGUERO unlawfully returned to the United States.

11.     On or about August 14, 2016, Massachusetts State Police troopers arrested PEGUERO for possession of a fraudulently obtained driver's license in the name of J. R.D.[3]  On or about August 15, 2016, a Warrant of Removal/Deportation was issued for PEGUERO.  On or about October 6, 2016, PEGUERO was removed from the United States under the J.P.A. identity.[4]

12.     At some point, PEGUERO unlawfully returned to the United States

13.     On July 13, 2018, Boston Police Department ("BPD") officers arrested PEGUERO for cocaine and fentanyl trafficking.   PEGUERO was using the J.Enrique.R.S. identity at the time of arrest.  According to PEGUERO's criminal history records, he was charged in Dorchester District Court and released on bail and thereafter failed to appear to a court hearing on July 31, 2018.  There is an outstanding warrant for PEGUERO in this case.

14.     In connection with the two prior deportations, PEGUERO provided law enforcement with a fingerprint on the Warrant for Removal/Deportation (Form I-205).  A comparison of these fingerprints with fingerprints taken from PEGUERO's 2018 arrest by BPD as well as fingerprints from PEGUERO maintained by a government agency in the Dominican Republic confirmed that they all belong to the same person.

**PEGUERO's use of the J.E.R.S. Identity**

15.     Based on the investigation to date, I have probable cause to believe that

---

[3] Based on the fact that the defendant used this identity over five years ago, the undersigned has not investigated whether the name belongs to real person.
[4] PEGUERO signed the I-205 (Warrant of Removal) as J.A.P.

21-MJ-2834-MBB

PEGUERO has used the J.E.R.S. identity since, at least, 2018, to, among other things, apply for a Florida Driver's License, open bank accounts in Massachusetts, and apply for and receive PUA Benefits.

16.     According to the SSA, SSN xxx-xx-7348 is assigned to J.Edgardo.R.S.  I have reviewed records from Puerto Rico that reflect that J.Edgardo.R.S., with SSN xxx-xx-7348 and DOB xx/xx/1970, has received a Puerto Rico driver's license (#xxx1772).  Additionally, on or about April 28, 2015, J.Edgardo.R.S. applied for a U.S. Passport.  He included a copy of his Puerto Rico driver's license in support of his application.

17.     Based on the investigation to date, it appears that on or about July 1, 2019, PEGUERO, using the J.Enrique.R.S identity, applied for a Real ID, Florida Driver's License.  The applicant listed the SSN xxx-xx-7348 and DOB xx/xx/1970.  The applicant also provided, among other things, a Florida Learner's Permit in the name of J.Enrique.R.S. and a City of Tampa Certification of Address as proof of residence.  On August 9, 2018, Florida approved the application and issued a REAL ID Driver's License Rxxxxxxxx2950 in the J.Enrique.R.S. identity, but bearing a picture of PEGUERO.

18.     I have reviewed the following photographs in the course of this investigation: Florida Driver's License in the name of J.Enrique.R.S., Dominican Republic Cedula in the name of PEGUERO, and Puerto Rico Driver's License in the name of J.Edgardo.R.S. The individual depicted in the J.Enrique.R.S. Florida Driver's License is the same individual depicted in the Dominican Republic cedula for PEGUERO.  This individual is different than the individual depicted in the Puerto Rico Driver's License for J.Edgardo.R.S.

19.     Additionally, I have reviewed records for an account at Santander Bank (#xxxxxx0323) in the name of J.Enrique.R.S. (the "Santander Account").  Based on the

investigation, it appears that PEGUERO opened the Santander Account on June 4, 2019 and J.Enrique.R.S. is the only listed signatory.  In connection with the account opening, the applicant provided the Florida Driver's License Rxxxxxxxx2950 (described above) as the primary form of identification.  He also listed the SSN xxx-xx-7328 as well as the DOB xx/xx/1970.  The applicant listed his address as 6 Hayes Road, Apartment 2, Roslindale, Massachusetts, 02131 (the "Roslindale Address") as well as the phone number: xxx-xx-2750.  It also appears that PEGUERO falsely represented that he was a citizen of the United States.

20.     I have also reviewed records for an account at TD Bank (#xxxxxx3031) in the name of J.E.R.S. (the "TD Bank Account").  Based on the investigation, it appears that PEGUERO opened the account on October 7, 2020.  In connection with the account opening, the applicant provided a Florida Driver's License as the primary form of identification.  The applicant also listed the DOB xx/xx/1970, the Roslindale Address, and the email address, xxxxx@gmail.com ("Gmail Account I").   I have reviewed surveillance footage that shows an individual that appears to be PEGUERO accessing the TD Bank Account between October 7, 2020, and January 1, 2021.

21.     Finally, I have also reviewed subscriber information associated with the phone number xxx-xxx-2750 in the name of J.Enrique.R.S.   Based on the investigation, it appears that PEGUERO created this account on April 5, 2019.  The applicant listed the user address as the Roslindale Address and the email address associated with the account is Gmail Account I.  As of approximately September 2021, this phone number remained active.

**Background on PUA**

22.     On March 27, 2020, the Coronavirus Aid, Relief, and Economic Security Act ("CARES Act") was signed into law. The CARES Act created a new temporary federal program

unemployment insurance program called PUA.  PUA provided unemployment insurance ("UI") benefits for individuals who were not eligible for other types of unemployment (e.g., self-employed, independent contractors, gig economy workers). PUA provided unemployment payments for unemployment beginning on or after January 27, 2020 and ending before December 31, 2020 for a maximum payment of 39 weeks. On or about August 11, 2020, all recipients of PUA were granted 7 weeks of Extended Benefits extending maximum payment weeks to 46.

23.     DUA administered and managed the PUA program in the Commonwealth of Massachusetts. In Massachusetts, the PUA minimum weekly benefit allowance was $267. The PUA weekly benefit allowance could increase but could not be more than Massachusetts' maximum weekly benefit rate for regular unemployment benefits of $855.00.[5]

24.     The CARES Act also created a new temporary federal program called Federal Pandemic Unemployment Compensation ("FPUC") that provided an additional $600 weekly benefit to those eligible for PUA and/or regular UI. Claimants were eligible to receive FPUC monies in addition to the PUA or UI benefit from February 8, 2020 to July 25, 2020.

25.     As of August 1, 2020, to September 5, 2020, PUA and UI claimants were eligible to receive Federal Lost Wages Assistance ("FLWA") in the amount of $300 per week funded by the Federal Emergency Management Agency ("FEMA").

26.     A summary chart of the above benefits is as follows (all figures approximate):

---

[5] Prior to October 4, 2020, the maximum benefit amount for both UI and PUA in Massachusetts was $823.

| State/Federal Benefit | Weekly Benefit Range | Application Reqts. |
|---|---|---|
| **UI** – Unemployment Insurance | $52-855 | SSN; DOB; address, U.S. citizen or work authorization; willing and available to work; no fault unemployment; wages reported by employer to DUA; payment preference (DD or Pre-Paid Debit Card) |
| **PUA** – Pandemic Unemployment Assistance | $267-855 | SSN; DOB; address, U.S. citizen or work authorization; willing and available to work; eligible under PUA guidelines; payment preference (DD or Pre-Paid Debit Card) |
| **FPUC** – Federal Pandemic Unemployment Compensation | $600 | Must have an approved PUA or UI claim |
| **FLWA** – Federal Lost Wage Assistance | $300 | Must have an approved PUA or UI claim |

27.     As part of the PUA application process, a claimant had to provide first and last name, SSN, DOB, and a home address. In addition, the claimant must select preferred payment method: Direct Deposit or Debit Card.

28.     According to DUA, it issued all benefit payments from an account maintained at People's United Bank in Connecticut.  As such, all transactions for PUA claims were initiated from this account.

29.     PUA claims submitted via DUA are processed via a server in Colorado. PUA claims were frequently submitted via the internet, and I understand that individuals who submitted PUA-related information to DUA via the internet cause wires to be transmitted to and/or from this Colorado-based server.

30.     Before receiving PUA via DUA, a claimant had to verify their identity which includes a combination of personal identifying information and internet protocol address, email and/or bank account information previously used with either the Massachusetts Department of Revenue and/or the Massachusetts Registry of Motor Vehicles. If verification is not met, an ID

verification was placed on a claim. To overcome this, a claimant had to provide proof of SSN identification and address. Proof of SSN could include Social Security card or tax form. Proof of identification could include a driver's license or passport.

### Fraudulent PUA Claims

### Wilson PEGUERO PUA Claim

31.     Based on the investigation to date, I have probable cause to believe that on or about May 12, 2020, PEGUERO filed a PUA claim in his own name: Wilson R. PEGUERO. PEGUERO listed SSN xxx-xx-7801, DOB xx/xx/1969, email address Gmail Account I, telephone number xxx-xxx-2750, and the address 36 Maple Street, #1, Dorchester, MA 02121 (the "Dorchester Address I").[6]  In the PUA application, PEGUERO certified that he was a "United States citizen or American national."

32.     From week ending March 21, 2020 to September 5, 2020, DUA released a total of $17,775 in benefits on the PEGUERO claim to Bank of America account #xxxxxxxx1369. According to Bank of America records, PEGUERO opened account #xxxxxxxx1369 on October 17, 2017 in his true name.  In connection with account opening, PEGUERO used SSN xxx-xx-7801 (which is assigned to PEGUERO) and a foreign passport.[7]  PEGUERO is the only signatory for the account. The address listed on the statements for this account is the Dorchester Address I.

33.     On September 10, 2020, in response to an identity verification issue on this claim, PEGUERO uploaded pictures of the following documents:

---

[6] On or about June 30, 2021, PEGUERO filed a petition with USCIS and represented that he had lived at the Dorchester Address I since January 2015.

[7] Records provided by the bank do not list the country that issued the foreign passport.

    a.    Front and back of a purported United States Permanent Resident card

          (#xxxxx7667) in the name of Wilson Radhames PEGUERO; and

    b.    Front and back of a Social Security Administration card in the name of Wilson

          Peguero with SSN xxx-xx-7801.

34.     On or about September 14, 2020, after reviewing the uploaded documentation, DUA denied the claim because PEGUERO failed to provide documentation as to proof of address.

35.     Based on the investigation to date and as detailed above, I understand that PEGUERO does not have any lawful status in the United States.  Accordingly, PEGUERO falsely represented on his PUA application that he was a citizen of the United States. Additionally, I have probable cause to believe that PEGUERO submitted a fraudulent United States Permanent Resident Card in connection with this application.  A review of USCIS records confirmed that PEGUERO does not have a valid United States Permanent Resident Card.

**PUA Application under J.E.R.S. Identity**

36.     Based on the investigation to date, I have probable cause to believe that on or about May 15, 2020, PEGUERO filed a PUA claim in the identity of J.Enrique.R.S. using SSN xxx-xx-7348, DOB xx/xx/1970, email xxxx@gmail.com ("Gmail Account II"), telephone number xxx-xxx-3247, Florida Driver's License Rxxxxxxxx2950, and the "Roslindale Address."

37.     From week ending March 14, 2020 to May 16, 2020, DUA released a total of $6,870 ($2,670 in PUA and in $4,200 in FPUC) in benefits on the J.E.R.S. claim to the Santander Account.  In connection with this claim, on or about May 20, 2020, Massachusetts DUA released ten ACH transfers (in $867 and $267 transfers) to the PEGUERO Santander Account, totaling

21-MJ-2834-MBB

$6,870.[8]  After receiving these funds, the Santander Account balance increased to $6,890.23.

Approximately, six days later, after a few small transactions, the Santander Account made a

$6,510 purchase at Sonia's Auto Sale in Worcester, Massachusetts.

38.     On or about June 12, 2020, in response to an identity verification issue that had

been placed on the claim, the following documents were uploaded onto the J.E.R.S. claim:

    a.  Front and back of a Real ID Florida Driver's License (Rxxxxxxxxx2950) in the

        name of J.E.R.S. but bearing the photograph of PEGUERO; and

    b.  Front and back of a purported Social Security Card in the name J.Enrique. R.S.

        with SSN xxx-xx-7348.

39.     On or about June 17, 2020, DUA denied the claim for insufficient evidence and

included the notation, "Address discrepancy (the address on file is different from state ID

provided). Claimant must provide proof of employment (Work-related) in Massachusetts."  No

additional funds were disbursed on the claim.

40.     I have also reviewed subscriber information associated with the Gmail Account II

account listed on the J.E.R.S. PUA application.  The account recovery email is Gmail Account I

and the recovery SMS is the xxx-xxx-2750 phone number, both of which are listed on the

PEGUERO PUA claim and discussed in additional detail above.

**A.A.M.C. Claim**

41.     Based on the investigation to date, I have probable cause to believe that on or

---

[8]  Based on my training and experience and the investigation to date, I have probable cause to
believe that these wire transfers affected interstate or foreign commerce.

about May 25, 2020, PEGUERO filed a PUA claim in the identity of A.A.M.C.[9] using SSN xxx-xx-7432, DOB xx/xx/1980, email xxxx@gmail.com ("Gmail Account III"), telephone number xxx-xxx-0661, and address 36 Maple Street, #3, Dorchester, MA 02121 (the "Dorchester Address II"). The Dorchester Address I (listed on the PUA claim in PEGUERO's name) and the Dorchester Address II are at the same residence in Dorchester, but list different apartment numbers.

42.    For benefit weeks March 21, 2020 to June 26, 2021, DUA released a total of $41,039 ($21,239 in PUA; $18,000 in FPUC; and $1,800 in LWA, FEMA) in benefits on the A.A.M.C. claim. This claim requested that DUA deposit the funds into (1) Bank of America Account #xxxxxxxx3368 (the "BOA Account"), (2) the TD Bank Account, and (3) the Santander Account. In all, DUA deposited $21,827 into the "BOA Account, $14,276 into the TD Bank Account, and $4,936 into the Santander Account.

43.    On or about June 29, 2021, DUA placed an identity verification issue on the A.A.M.C. PUA claim. On or about July 14, 2021, DUA denied the A.A.M.C. claim for failure to respond to the Identity Verification Issue and no additional funds were disbursed on the claim.

### Further Investigation into the A.A.M.C. Claim

44.    According to the SSA, SSN xxx-xx-7432 is assigned to A.A.M.C. I have reviewed the Puerto Rico Driver's license for A.A.M.C. According to DAVID records, A.A.M.C. lives in Barceloneta, Puerto Rico, his SSN is xxx-xx-7432, and he has a driver's license that is

---

[9] The identity of the victim, A.A.M.C., is known to the government. These initials represent the first name, middle names, and last name. To protect the victim's privacy, only the initials A.A.M.C. are used in this affidavit to reflect the victim's name.

valid until April 18, 2023.

45.     None of the funds related to the A.A.M.C. PUA claim was deposited into accounts in the name of or that appear to be related to A.A.M.C.  The Santander Account and TD Bank Account, as discussed above, are both in the name of J.E.R.S. and used by PEGUERO.

46.     The BOA account is in the name of N.S.  Based on the investigation, I have confirmed that PEGUERO's brother, Oscar Manuel Peguero Peguero ("O. Peguero") is married to N.S.  Based on the investigation to date, it appears that beginning on or about June 1, 2020, PEGUERO and O. Peguero received PUA funds into the BOA account.  Some funds were paid on the A.A.M.C. claim and others were paid on a PUA claim filed in the J.S.M.P.[10] identity that I have probable cause to believe was filed by O. Peguero.

47.     Around the time that the PUA funds on the A.A.M.C. claim entered the BOA Account, there were repeated Zelle[11] transfers from the BOA Account to the Santander Account. Between June 1, 2020 and October 31, 2020, the BOA Account transferred approximately $19,207 into the Santander Account.

**IP Logins**

48.     The PUA system tracks all activity associated with each registered account, and DUA maintains documentation of activity related to claimant accounts, to include but not limited to, employee access and activity on accounts. Included in those records are the IP addresses used

---

[10]  The identity of the victim, J.S.M.P., is known to the government.  These initials represent the first name, middle names, and last name.  To protect the victim's privacy, only the initials J.S.M.P. are used in this affidavit to reflect the victim's name.

[11]  Zelle is an application that individuals can use to transfer money between United States bank accounts.

by the computer that initiated activity on this account.  The server that houses the PUA portal is located in Colorado.

49.     In connection with the investigation, I have reviewed the logged IP activity associated with the PEGUERO, J.E.R.S., and A.A.M.C. PUA claims.  Additionally, DUA records reflect that the claims were accessed using different electronic devices, such as iPhone(s), iPad(s), and Macintosh and Windows computer(s).

50.     From on or about May 14, 2020 to on or about January 9, 2021, all three PUA claims (A.A.M.C., J.E.R.S., and PEGUERO) were repeatedly logged into from the IP address 75.68.176.156.  More specifically, the PEGUERO claim was logged into, at least, 59 times, the A.A.M.C. claim was logged into, at least, 63 times and the J.E.R.S. claim was logged into, at least, 23 times from this address.

51.     Through publicly available databases, this IP address was identified as belonging to Comcast.  A review of Comcast records provided the subscriber information for that account, as follows:

**Target Account**
Subscriber Name:        M.S.[12]
Service Address:         Roslindale Address
Billing Address:         Roslindale Address
Telephone #:             xxx-xxx-8429
Type of Service:         High Speed Internet Service
Account Number:          xxxxxxxxxxx9903
Start of Service:        6/3/2019
Account Status:          Disconnected 2/16/2021
IP Assignment:           Dynamically Assigned
Email User Ids:          xxxx@comcast.net

**Current Account**

---

[12] The full subscriber name and email address are known to the government, but have been abbreviated for confidentiality.

Subscriber Name:     M.S.
Address:                 700 Cummins Hwy Apt 12
                            Mattapan, MA 02126

52.     Based on a review of an U.S. Citizenship and Immigration Services records, I have determined that M.S. is married to L.P.P.  Additionally, based on a review of Massachusetts RMV records, I have determined that L.P.P. has Massachusetts Driver's License No: Sxxxx3460 that lists the Roslindale Address as his address and owns a Nissan Murano with license plate 1HKN49 similarly registered to the Roslindale Address.  In reviewing ATM footage on the TD Bank Account, I observed that on or about December 7, 2020, PEGUERO appears to have driven this Nissan Murano while accessing the bank account.

53.     The "Service Address" and "Billing Address" listed for the M.S. Comcast Account is the same address listed on the J.E.R.S. PUA application as well as on the signature card for the J.E.R.S. Santander Account.

54.      Based on a review of the IP addresses logged by DUA on the A.A.M.C., J.E.R.S, and PEGUERO, on several occasions, activity occurred on all or some of these claims from the same IP address (75.68.176.156) on the same date.

     a.   On or about June 2, 2020, DUA records identify the following claims were logged in from 75.68.176.156:

| CLAIMANT | DATE & TIME (MDT) |
|---|---|
| J.E.R.S. | 6/2/2020 07:47:15 |
| PEGUERO | 6/2/2020 09:07:56 |
| A.A.M.C. | 6/2/2020 12:13:56 |
| A.A.M.C. | 6/2/2020 13:39:25 |
| A.A.M.C. | 6/2/2020 13:45:28 |
| A.A.M.C. | 6/2/2020 13:51:52 |
| A.A.M.C. | 6/2/2020 14:37:09 |

b.   On or about June 13, 2020, DUA records identify the following claims were

logged in from 75.68.176.156:

| CLAIMANT | DATE & TIME (MDT) |
|---|---|
| A.A.M.C. | 6/13/2020 22:10:34 |
| PEGUERO | 6/13/2020 22:13:07 |
| J.E.R.S. | 6/13/2020 22:16:32 |
| J.E.R.S. | 6/13/2020 22:20:33 |

c.   On or about July 25, 2020, DUA Records identify the following claims were

logged in from 75.68.176.156:

| CLAIMANT | DATE & TIME (MDT) |
|---|---|
| J.E.R.S. | 7/25/2020 13:25:35 |
| J.E.R.S. | 7/25/2020 13:29:13 |
| PEGUERO | 7/25/2020 21:08:23 |
| A.A.M.C. | 7/25/2020 21:16:57 |
| A.A.M.C. | 7/25/2020 21:26:26 |

d.   On or about January 9, 2021, DUA records identify the following claims were

also logged in from 75.68.176.156:

| CLAIMANT | DATE & TIME (MST) |
|---|---|
| A.A.M.C. | 1/9/2021 20:59:38 |
| PEGUERO | 1/9/2021 21:05:03 |

55.   As noted above, Comcast disconnected service for the M.S. account at the

Roslindale Address on February 16, 2021.

56.   From on or about February 21, 2021 through June 27, 2021, on several occasions,

the PEGUERO PUA claim and A.A.M.C. PUA claim logged onto the DUA server using the IP

21-MJ-2834-MBB

Address 71.234.101.156.  More specifically, the PEGUERO claim logged in approximately 6

times between March 14 and March 26, 2021, and the A.A.M.C. claim logged in approximately

25 times between February 21, 2021 and June 27, 2021.  As detailed below, this IP address

resolves to an address that I have probable cause to believe is where PEGUERO lives.

57.     Through publicly available databases, this IP address was identified as belonging

to Comcast.  A review of Comcast records provided the subscriber information for that account,

as follows:

| | |
|---|---|
| Subscriber Name: | M.S. |
| Service Address: | 700 Cummins Hwy Apt 12, Mattapan, MA |
| Billing Address: | 700 Cummins Hwy Apt 12, Mattapan, MA |
| Telephone #: | xxx-xxx-8429 |
| Type of Service: | High Speed Internet Service |
| Active Date: | Unknown |
| Account Status: | Active |
| Email: | xxxx@comcast.net |

58.     During the course of the investigation, law enforcement conducted physical

surveillance at 700 Cummins Highway on four occasions between September 15, 2021 and

December 3, 2021.  On all four occasions, law enforcement observed an individual resembling

PEGUERO leaving the building.

## Conclusion

83.     Based on the information described above, and my training and experience, I have

probable cause to believe that:

a.      on or about May 20, 2020, PEGUERO, having devised and intending to devise a

scheme and artifice to defraud, and for obtaining money and property by means of

materially false and fraudulent pretenses, representations, and promises, caused to

be transmitted by means of wire communications in interstate and foreign

commerce, writings, signs, signals, pictures, and sounds for the purpose of

17

21-MJ-2834-MBB

executing the scheme to defraud, to wit: a $867 ACH transfer from DUA to

PEGUERO at the Santander Account, in violation of Title 18 Untied States Code,

Section 1343; and

b.      on or about May 20, 2020, PEGUERO knowingly transferred, possessed, and

used, during and in relation to any felony violation enumerated in 18 U.S.C. §

1028A(c), to wit 18 U.S.C. 18 U.S.C. § 1343, and without lawful authority, a

means of identification of another person in violation of 18 U.S.C. § 1028A.

Sworn to under the pains and penalties of perjury.

Christina Rosen
Special Agent
Department of Labor

Subscribed to via telephone in accordance with Federal Rule of Criminal Procedure 4.1 on
December _8_, 2021

MARIANNE B. BOWLER
 United States Magistrate Judge